PROB 12C
(7/93)

Report Date: February 25, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Rafael Cervantes | Case Number: 0980 2:04CR00215-EFS-1 |

Address of Offender: █████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Court Judge

Date of Original Sentence: August 21, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 500 Grams or More of Cocaine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: | April 25, 2012 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | April 24, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On February 22, 2016, an indictment was filed charging Mr. Cervantes with Conspiracy to Distribute a Controlled Substance - Methamphetamine, in U.S. District Court for the Eastern District of Washington, cause number 16CR02006-EFS-1. |
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Mr. Cervantes returned to the United States without advance legal permission on or before February 22, 2016. |
| | Mr. Cervantes was found in the Eastern District of Washington as noted in violation 1.  No records indicate the defendant obtained legal permission to return to the United States. Additionally, Immigration and Naturalization Services served an arrest warrant on the defendant on February 23, 2016, at the Yakima County Jail.  At this time, it is unknown whether the defendant will be charged with alien in the United States after deportation. |

Prob12C
Re: Cervantes, Rafael
February 25, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant so the defendant can answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 25, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer
February 25, 2016
Date